UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-60823-Civ-Ungaro/Simonton

GLENROY HYDE,

    Plaintiff,

v.

REDLINE RECOVERY SERVICES, LLC,
And RESURGENT CAPITAL SERVICES, L. P.

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Ernest H. Kohlmyer, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Bell, Roper & Kohlmyer, P. A. |
| Fort Lauderdale, Florida 33339 | 2707 East Jefferson Street |
| Telephone: 954-537-2000 | Telephone: 407-897-5150 |
| Facsimile: 954-566-2235 | Facsimile: 407-897-3332 |
| | |
| By: /s/ Donald A. Yarbrough | By: /s/ Ernest H. Kohlmyer |
|     Donald A. Yarbrough, Esq. |     Ernest H. Kohlmyer, Esq. |

Kenneth C. Grace, Esq.
Attorney for Defendant
Sessions, Fishman & Nathan, LLP
Suite 300-S
9009 Corporate Lake Drive
Tampa, FL 33634

Telephone 813-890-2465
Facsimile 813-889-9757

By: /s/ Kenneth C. Grace
      Kenneth C. Grace

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-60823-Civ-Ungaro/Simonton

GLENROY HYDE,

    Plaintiff,

v.

REDLINE RECOVERY SERVICES, LLC,
And RESURGENT CAPITAL SERVICES, L. P.

    Defendants.
_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on August 3, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                    s/Donald A. Yarbrough
                                    Donald A. Yarbrough, Esq.

**SERVICE LIST**

Mr. Ernest H. Kohlmyer, III, Esq.
Bell, Roper & Kohlmyer, P. A.
2707 East Jefferson Street
Orlando, FL 32803
Telephone: 407-897-5150
Facsimile: 407-897-3332

Mr. Kenneth C. Grace, Esq.
Attorney for Defendant
Sessions, Fishman & Nathan, LLP
Suite 300-S
9009 Corporate Lake Drive
Tampa, FL 33634
Telephone 813-890-2465
Facsimile 813-889-9757

Via Notices of Electronic Filing generated by CM/ECF