**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.09-60823-CIV-UNGARO

GLENROY HYDE,

      Plaintiff,

v.

REDLINE RECOVERY SERVICES, LLC, et al.,

      Defendants.

_____/

### NOTICE OF COURT PRACTICE UPON NOTICE OF SETTLEMENT

THIS CAUSE is before the Court upon Plaintiff's Notice of Settlement, communicated telephonically to chambers on August 3, 2009.

THE PARTIES are hereby notified that all papers related to the settlement reached by the parties, including any order of dismissal stating specific terms and conditions, must be received by this Court by August 17, 2009 at 5:00 p.m.  If such papers are not filed by this deadline, this matter will be DISMISSED without further notice.  Within sixty days of such an order of dismissal, either party may petition the court to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

DONE AND ORDERED in Chambers at Miami, Florida, this 3d day of August, 2009.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record