UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.09-60823-CIV-UNGARO

GLENROY HYDE,

    Plaintiff,

v.

REDLINE RECOVERY SERVICES, LLC, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice, filed on August 3, 2009. (D.E. 13.)

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

ORDERED AND ADJUDGED that this cause is DISMISSED WITH PREJUDICE.

DONE AND ORDERED in Chambers, Miami, Florida, this 4th day of August, 2009.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record